1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    ARMANDO ANTONIO MARROQUIN,            No. C 09-00713 SBA (PR)

12              Plaintiff,                  **ORDER DENYING SECOND MOTION
                                            FOR APPOINTMENT OF COUNSEL**
13       v.

14    M. D. BOWMAN, et al.,

15              Defendants.
      _____/
16

17         Before the Court is Plaintiff's second request for appointment of counsel.

18         There is no constitutional right to counsel in a civil case unless an indigent litigant may lose

19    his physical liberty if he loses the litigation.  See Lassiter v. Dep't of Soc. Servs., 452 U.S. 18, 25

20    (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in

21    § 1983 action), withdrawn in part on other grounds on reh'g en banc, 154 F.3d 952 (9th Cir. 1998)

22    (en banc).  The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only

23    in "exceptional circumstances," the determination of which requires an evaluation of both (1) the

24    likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims pro se

25    in light of the complexity of the legal issues involved.  See id. at 1525; Terrell v. Brewer, 935 F.2d

26    1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).  Both of

27    these factors must be viewed together before reaching a decision on a request for counsel under

28    § 1915.  See id.

**United States District Court**
For the Northern District of California

The Court is still unable to assess at this time whether exceptional circumstances exist which would warrant seeking volunteer counsel to accept a pro bono appointment.  It is premature for the Court to determine Plaintiff's likelihood of success on the merits.  Accordingly, Plaintiff's second request for appointment of counsel is DENIED.  This does not mean, however, that the Court will not consider appointment of counsel at a later juncture in the proceedings; that is, after Defendants have filed their dispositive motion such that the Court will be in a better position to consider the procedural and substantive matters at issue.  Therefore, Plaintiff may file a renewed motion for the appointment of counsel after Defendants' dispositive motion has been filed.  If the Court decides that appointment of counsel is warranted at that time, then it can seek volunteer counsel to represent Plaintiff pro bono.

This Order terminates Docket no. 10.

IT IS SO ORDERED.

DATED: ____6/24/11_____        _Saundra B Armstrong_____
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

United States District Court
For the Northern District of California

2

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   ARMANDO ANTONIO MARROQUIN,
                                                    Case Number: CV09-00713 SBA
5                   Plaintiff,
                                                    **CERTIFICATE OF SERVICE**
6       v.

7   MD BOWMAN et al,

8                   Defendant.
    _____/
9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
11
    That on June 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15  Armando Antonio Marroquin T-86698
    La Palma Correctional Center, MA
16  5501 N. La Palma Road
    Eloy,  AZ 85131
17
    Dated: June 28, 2011
18
                                                    Richard W. Wieking, Clerk
19                                                  By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California